# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Raymond L. Semler,

    Plaintiff,

v.

Nancy Johnston, *CEO Minnesota Sex Offender Program*; Brian Ninneman, *MSOP – Moose Lake Complex 1A-Unit Director*; and Marc Zika, *Group Supervisor – MSOP – St. Peter*, *sued in their individual and official capacities*,

    Defendants.

Civ. No. 24-1850 (JWB/TNL)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

    United States Magistrate Judge Tony N. Leung issued a Report and Recommendation ("R&R") on May 29, 2024. (Doc. No. 6.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

    Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

    1.    The May 29, 2023 Report and Recommendation (Doc. No. 6) is **ACCEPTED**;

    2.    Plaintiff Raymond L. Semler's Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim;

    3.    Plaintiff's requests for injunctive and declarative relief (Doc. No. 1) are

2

**DENIED AS MOOT**; and

4. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is

**DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: July 9, 2024                                                                                         *s/ Jerry W. Blackwell*
                                                                                                        JERRY W. BLACKWELL
                                                                                                        United States District Judge